ATTN: UNITED STATES DISTRICT COURT                FROM: MR. GREGORY F. GIBERT
SOUTHERN DISTRICT OF FLORIDA                      METRO WEST DETENTION CENTER
c/o OFFICE OF THE CLERK - ROOM 8 N09              13850 NW 41 STREET
400 NORTH MIAMI AVENUE                            MIAMI, FLORIDA 33178
MIAMI, FLORIDA 33128-7716                         230135709 JAIL#

FILED BY MC B.C.
DEC -5 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

GIBERT V. STATE OF FLORIDA

RE: CASE: 1:23-CV-24368-RS   #2   2 PAGES   11/15/2023.

THE UNITED AMERICAN STATES UNDER ARTICLE VI TREATIES HAVE NO JURISDICTION OR
DATE: 11/28/2023 DELAGATION OF AUTHORITY TO DETAIN ME. SEE: PEACE AND
FRIENDSHIP TREATY, CLOCK OF DESTINY TREATY, UNDER PATENT LIBRARY OF CONGRESS
#AA222141-TRUTH-A-1; #AA222142; #AA222143 GENERAL AND PERMENANT CHARATER NOT TAXED NOT DETAIN.
TO WHOM IT MAY CONCERN, OR ASSIGNED JUDGE MR. HONORABLE RODNEY SMITH,

    I AM PRO-SE LITIGATE AND I AM FORMA PAUPERIS. IT IS A CONFLICT
OF INTEREST TO ALLOW ME TO REMAIN UNDER THE STATE OF FLORIDA
CUSTODY AFTER FILING WITH THE UNITED STATES DISTRICT COURT UNDER YOUR
RULERSHIP AND JUDGEMENT. I AM DENIED WITH DELIBERATE INDIFFERENCE
AND NEGLIGENCE OF MY LIFE GIVEN INSULIN AND TYPE II DIABETIC PILLS
I NEED THIS MEDICINE TO LIVE A BASIC HEALTHY LIFE, SIR!
    I SUMMONS THIS HONORABLE RODNEY SMITH COURT ROOM [ASAP TO PLACE
ME IN A FEDERAL PROTECTED CUSTODY] BEFORE I DIE BEING UN MEDICATED
OF THE LIFE GIVEN TYPE II DIABETIC INSULIN MY ANATOMY NEEDS FOR
LIFE. I QUALIFY TO BE FEDERALLY PROTECTED PURSUANT TO ADMINISTRATIVE
ORDERS 2005-38, FOR PARTIES APPEARING PRO-SE DUE BY FEDERAL
LAWS OF A PENDING CASE OF BODILY INJURIES ALREADY SUSTAINED
BY THE DEFENDANTS [STATE OF FLORIDA].
    MY HEALTH IS LIFE OR DEATH DUE TO THIS TYPE II
DIABETIC INSULIN DEPENDANT DISEASE THAT NEEDS ATTENTION
AT THIS MOMENT. YOU CAN PLACE ME UNDER FEDERAL PROTECTION
AT A HOSPITAL OR COURT ORDER THE ELEVENTH JUDICIAL CIRCUIT
COURT ROOM 2-3 JUDGE JOSEPH PERKINS, TO RELEASE ME ON MY OWN

(1)

RECOGNIZANCE UNDER THE GERSTEIN V. PUGH, THAT THE SUPREME COURT HELD THAT THE FOURTH AMENDMENT REQUIRES A JUDICIAL DETERMINATION OF PROBABLE CAUSE AS A PREREQUISITE TO EXTENDED RESTRAINT OF LIBERTY FOLLOWING ARREST. THE ACCUSED IS ENTITLED TO A GERSTEIN HEARING PRIOR TO BEING DETAINED WITHOUT BOND! SEE: FLORIDA STATUTE § 907.041 also; PERRY V. STATE, LEXIS 5457 5TH DCA 2005. JONES V. GALDIS,

I WAS DENIED THIS RELEASE TO TAKE-CARE MY HEALTH ISSUE ON PERKINS COURT ROOM 2-3 RECORDS ON 8/15/2023, 11/27/2023, 11/28/2023. IN DUE RETALIATION OF GIBERT V. STATE OF FLORIDA, CASE: 1:23-CV-24368-RS.

THE SUPREME COURT IN WASHINGTON, D.C. HONORABLE JUSTICE MR. CLARANCE THOMAS, WOULD AGREE TOTALLY WITH A FEDERAL COURT ORDER OF FEDERAL PROTECTION AND MEDICAL TREATMENT OF MY CHRONIC TYPE II DIABETES INSULIN DEPENDANCY AT THIS MOMENT TO KEEP ME PLAINTIFF ALIVE AN FUNCTIONAL AS A MATTER OF EMERGENCY LAW.

PLEASE, MR. RODNEY SMITH MAKE THIS FEDERAL COURT ORDER FOR FEDERAL PROTECTIVE CUSTODY DUE TO MEDICAL EMERGENCY OF CHRONIC TYPE II DIABETIC INSULIN NEEDED ASAP!

ALSO COURT ORDER SANCTIONS AGAINST STATE PROSECUTORS AND JUDGE JOSEPH PERKINS COURT ROOM PERSONEL 2-3 AT 1351 N.W. 12TH STREET, MIAMI, FLORIDA 33125.

(2)

<u>IN RE LINDSEY</u>, 158 F.3d 1263, 1272-73 (D.C. CIR. 1998), NO ATTORNEY/CLIENT PRIVILEDGE NOR JUDGE PRIVILEDGE FOR DEPUTY WHITE HOUSE COUNSEL REGARDING INFORMATION ABOUT POTENTIAL CRIMINAL VIOLATIONS BY EXECUTIVE OFFICIALS OF THE COURT ROOM FEDERAL AND STATE COURT ROOMS BECAUSE UNDER ARTICLE III AND ARTICLE VI ETC. OF U.S. CONSTITUTIONAL DUTY OF EXECUTIVE BRANCH LAWYERS FEDERAL AND STATE PROSECUTORS IS TO TAKE CARE THAT ALL THE LAWS BE FAITHFULLY EXECUTED TO THE FULL EXTENT OF THE LAW, MAKING MR. GREGORY FITZGERALD GIBERT PLAINTIFF IN ABOVE CASE# 1:23-CV-24368-RS ENTITLED TO THE FULL FEDERAL PROTECTION OF LIBERTY FROM THE DEFENDANTS STATE OF FLORIDA OFFICIALS OF THE COUNTY COURTS AND JAILS UNTIL CASE# 1:23-CV-24368 RS GIBERT V. STATE OF FLORIDA IS COURT ORDERED IN JUDGE RODNEY SMITH COURT ROOM AT THE U.S. DISTRICT COURT HOUSE OF A SURE LEGITIMATE LEGAL BY LAW AS A MATTER OF LAW RESOLUTION OF COURT ORDERED SOVEREIGNTY UNDER ARTICLE VI TREATY OF PEACE AND FRIENDSHIP AGREEMENT WITH THE NORTH AMERICAN ANCIENT NATIONALITY OF SUNDRY FREE MOOR AMERICAN INDIANS WITH LIBRARY OF CONGRESS WRIT OF PERMENANT PATENT OF CLOCK OF DESTINY ZODIAC CONSTITUTION TREATIES UNDER #
<u>AA222141-TRUTH A-1</u>
<u>AA222142</u>
<u>AA222143</u>
    OF A GENERAL AND PERMENANT

③ CHARACTER NOT TAXED BY ANY VENUE OPERATING IN THE

NORTH AMERICAN CONTINENT WITHIN THE AMERICAN STATES, U.S. TERRITORIES, PROVIDENCES, ETC. UNDER ARTICLE VI OF THE UNITED STATES CONSTITUTION SO ORDERED UNTIL MR. GREGORY FITZGERALD GIBERT BE DECEASED AND NOT TO BE DETAINED UNDER ANY CIRCUMSTANCES UNDER THESE TREATIES, IF SO DETAINED AGAINST ANY TREATY FOLLOWING THIS SUPREME COURT ORDER TO ALL AMERICAN LAW ENFORCEMENT, PROSECUTORS, JUDGES, MILITARY PERSONEL, CONGRESSIONAL MEMBERS OF CONGRESS IS A BREACH OF U.S. CONSTITUTIONAL VIOLATION OF ARTICLE VI CONTRACTUAL AGREEMENT OF ALL TREATIES OF THE UNITED STATES CONGRESS AND THE NORTH AMERICAN ANCIENT SUNDRY FREE MOOR AMERICAN INDIANS FIRST WORLD PEOPLES AND TRIBE OF THE MOABITES. EMERGENCY FEDERAL PROTECTIVE ORDER ←—→ RESPECTIVELY FOR THE PRESERVATION AND PROTECTION OF A ANCIENT SUNDRY FREE MOABITE TRIBAL AMERICAN INDIAN MR. GREGORY FITZGERALD GIBERT V. STATE OF FLORIDA, CASE# 1:23-CV-24368 RS #2 2 PAGES, FOR THE PURPOSE OF CHRONIC TYPE II DIABETIC INSULIN LIFE DEPENDANCY WITH [A-BLOOD TYPE (ANCIENT)]. RESPECTFULLY SUBMITTED THIS 29TH DAY OF NOVEMBER 2023.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF (5) PAGES OF A SUMMONS FOR EMERGENCY FEDERAL PROTECTION AND FEDERAL CUSTODY WAS SENT VIA FIRST-CLASS MAIL TO: C/O CLERK OF COURT ROOM 8N09 U.S. 400 NORTH MIAMI AVENUE MIAMI, FLORIDA 33128-7716

RESPECTFULLY SUBMITTED THIS 29TH DAY OF NOVEMBER 2023.

(4)

CASE # 1:23-CV-24368 RS
[S] Mr. Gregory Fitzgerald Gilbert
[P] Mr. GREGORY FITZGERALD GIBERT
JAIL # 230135709-3D4 #76
METRO WEST DETENTION CENTER
13850 N.W. 41ST STREET
DORAL, FLORIDA 33178.

ANCIENT SUNDRY FREE MOOR AMERICAN INDIAN (ARTICLE VI TREATIES WITH U.S.)
GREGORY FITZGERALD GIBERT
D.O.B - 4-12-1971
S.S. 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
2301-35-709

LEGITIMATE
LEGAL

SOVEREIGTY # AA 222141 - TRUTH A-1       NOT TAXED BY NO U.S. VENUE.
# AA 222142                               NOT TO BE DETAINED.
# AA 222143.

(5)

MR. GREGORY FITZGERALD GIBERT #230135709-3D4#76
CASE #1:23-CV-24368 RS
METRO WEST DETENTION CENTER
13850 N.W. 41ST STREET
DORAL, FLORIDA 33178,

MIAMI FL 330
1 DEC 2023 PM 4 L

U.S. HONORABLE JUDGE RODNEY SMITH,
UNITED STATES DISTRICT COURT
%O ffice OF CLERK ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI FLORIDA 33128-7716

33128-160549

DEC - 5 2023