TO: UNITED STATES DISTRICT COURTS, SOUTHERN DISTRICT OF FLORIDA, UNITED STATES CLERK OF COURTS, 701 CLEMATIS STREET, ROOM 202, WEST PALM BEACH, FLORIDA 33401.

DATE: 4-4-2024.
TIME: 9:00 P.M.



FROM: MR. GREGORY FITZGERALD GIBERT, JAIL # 2301-35-709-8C1-#5, CLOSED CIVIL CASE # 1:23-CV-24368-RS, PRETRIAL DETENTION CENTER, 1321 N.W. 13TH STREET, MIAMI, FLORIDA 33125.

DEAR U.S. CLERK OF COURTS,

I SINCERELY RESPECTFULLY REQUEST A COPY OF DOCKET #6, "TRUTH AFFIDAVIT COMPLETE DOCUMENTS," WITH ALL DUE RESPECT MA'AM, OR, SIR. AND, MAY I, REQUEST A "NOTICE OF SUIT OR DEFAULT JUDGMENT FORM," WITH, "FORMA PAUPERIS FORM," TO PROCEED, IN THE ELEVENTH JUDICIAL CIRCUIT STATE COURTS, FOR MIAMI-DADE COUNTY FLORIDA?
THANK YOU VERY MUCH FOR YOUR TIME.

YOURS TRULY,
Gregory F. Gibert

MR. GREGORY FITZGERALD GIBERT #1:23-CV-24368-RS.
MAIL#2301-35-709-801-#5,
PRETRIAL DETENTION CENTER,
321 N.W. 13TH STREET,
MIAMI, FLORIDA 33/1205 Center
1321 NW 13th Street
Miami, FL 33125

LEGAL MAIL U.S.
MAIL CODE OF LAW
FLA. STAT. §106.15(3)
(2004).

UNITED STATES DISTRICT COURTS,
SOUTHERN DISTRICT OF FLORIDA,
UNITED STATES CLERK OF COURTS,
701 CLEMATIS STREET, ROOM 202,
WEST PALM BEACH, FLORIDA 33401.

FRANKS